STATE OF NEW JERSEY v. WILLIAM WEEKS.

September 8, 1986.

Petition for certification granted.

NICHOLAS LAGANELLA AND P.T. & L. CONSTRUCTION CO.,
INC. v. SAMUEL BRAEN, SR., ET AL.

September 8, 1986.

Petition for certification denied.

NICHOLAS LAGANELLA AND P.T. & L. CONSTRUCTION CO.,
INC. v. SAMUEL BRAEN, SR., ET AL.

September 8, 1986.

Cross-petition for certification denied.

IRWIN I. KIMMELMAN, ATTORNEY GENERAL OF NEW
JERSEY v. HENKELS & MCCOY, INC.

September 16, 1986.

Petition for certification granted.   (See 208 *N.J.Super.* 508)